# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (212) 326-3602
CJLOPATA@JONESDAY.COM

JP016637:cjl                           September 5, 2014

<u>VIA ECF</u>

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      Re: *Sheng Feng Chen v. Experian Information Solutions, Inc.*,
           Case No. 14-cv-01952 (E.D.N.Y.) (ENV) (RER)

Dear Judge Reyes:

    This letter requests modification of two upcoming deadlines because the matter has been resolved. Plaintiff Sheng Feng Chen and Defendant Experian Information Solutions, Inc. ("Experian") jointly request rescheduling of the Initial Conference, and Experian requests an extension of time to respond to the complaint. The parties require additional time to finalize the resolution of this matter and anticipate a stipulation for dismissal to be filed within the next thirty days.

    The Initial Conference is currently scheduled for this Tuesday, September 9, 2014. (Docket No. 10.) Plaintiff and Defendant Experian jointly request that the Initial Conference be rescheduled to a date after Experian's response is due—the week of October 13, 2014, or another date of the Court's choosing. The current deadline for Experian to respond to the complaint is this Monday, September 8, 2014. (Docket No. 11.) Experian requests a thirty day extension of time to respond to the complaint, which would make the new deadline October 8, 2014.

                                      Respectfully submitted,

                                      Chris J. Lopata (CL-3260)

cc:    Hashim Rahman, Esq. (counsel for plaintiff)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON